Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
_____ Division

United States Courts
Southern District of Texas
FILED

SEP 07 2023

Nathan Ochsner, Clerk of Court

Marcus Edward Adams
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The Harris County Court System
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. None Assigned at this time
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s) Marcus Edward Adams

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marcus Edward Adams
Address: 5066 Fallen Oaks Drive
City: Houston   State: Texas   Zip Code: 77091
County: Harris County
Telephone Number: (713) 594-6797
E-Mail Address: AtomsEMarcus@Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Harris County Court System
Job or Title (if known):
Address: 1201 Franklin Street
City: Houston   State: Texas   Zip Code: 77002
County: Harris County
Telephone Number: unknown
E-Mail Address (if known): unknown

[ ] Individual capacity   [X] Official capacity

Defendant No. 2
Name: None
Job or Title (if known):
Address:
City:   State:   Zip Code:
County: None
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
- Name: None
- Job or Title (if known):
- Address:
  - City / State / Zip Code
- County: None
- Telephone Number:
- E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
- Name: None
- Job or Title (if known):
- Address:
  - City / State / Zip Code
- County: None
- Telephone Number:
- E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**The Bill of Rights 8th & 5th Amendments**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Excessive bail amount per the 5th Amendment

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? On September 24, 2022 a Bond was originally set for the amount of $10,000 then raised to $50,000.00 dollars.
- Loss of property
- Pre-trial detention

B. What date and approximate time did the events giving rise to your claim(s) occur?
Step MA September 24, 2022 approximately at 10:00 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
- Incarceration
- I was assaulted by other detainees and jailers
- My mother was forced to pay $5740.00 for release on bond.

IV. Injuries: Physically assaulted, bloodied, battered and bruised.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was punched in the mouth by HA inmates on numerous occasions. They HA nor the jailors were willing to provide their names nor a record of assault(s). Ibuprofen was given on various occasions for decomfort to my nose, jaw, and ribs.

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking for the reimbursement of all bails paid in addition to 15 billion/million dollars; for Punitive Damage, loss of property and wages, damage to and lose of property (intellectual, physical).

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/27/23

Signature of Plaintiff: *Adams Marcus*
Printed Name of Plaintiff: Marcus E. Adams
5066 Fallen Oaks Dr.
Houston Tx 77091
(713) 594-6797

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

| City | State | Zip Code |

Telephone Number: _____
E-mail Address: _____

Adams, Marcus E
5016 Fallen Oaks Dr.
Houston Tx, 77091

NORTH HOUSTON TX 773
30 AUG 2023 PM 4 L

United States District
Court Southern District
of Texas
Clerk
Houston, Tx 77208

United States Courts
Southern District of Texas
FILED

SEP 07 2023

Nathan Ochsner, Clerk of Court